IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER LYNNE BACOR, <br><br> Defendant. | No. 20-CR-77 <br><br> **INDICTMENT** <br><br> Count 1 <br> 42 U.S.C. § 1320d-6(a)(2), (a)(3), and (b)(3), and 18 U.S.C. § 2(b): Wrongfully Obtaining Individually Identifiable Health Information for Personal Gain |

The Grand Jury charges:

### Count 1

### Wrongfully Obtaining Individually Identifiable Health Information for Personal Gain

In about September 2017, in the Northern District of Iowa, defendant JENNIFER LYNNE BACOR, knowingly and without authorization obtained and disclosed individually identifiable health information relating to another individual and person, J.B., and maintained by a covered entity, Hospital-1, with intent to transfer and use such information for personal gain.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(2), (a)(3), and (b)(3), and Title 18, United States Code, Section 2(b).

A TRUE BILL

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/16/2020
ROBERT L. PHELPS, CLERK

s/Foreperson — 9/16/2020
Grand Jury Foreperson      Date

PETER E. DEEGAN, JR.
United States Attorney

By: *[signature: Timothy L. Vavricek]*

TIMOTHY L. VAVRICEK
Assistant United States Attorney