IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 20-CR-77 |
| vs. | ) | |
| JENNIFER LYNNE BACOR, | ) | |
| Defendant. | ) | |

**SENTENCING MEMORANDUM**

Potential Witnesses:

    None

Potential Exhibits:

    None

Issues:

The parties have reached an agreement with respect to the issues identified in the final presentence investigation report ("PSR") (Doc. 27) other than the ultimate sentence to be imposed.[1] The parties agree defendant should pay a $1,000 fine. Further, the parties agree a special condition of supervision is appropriate that precludes defendant from having employment in an occupation in which she has access to medical records.

    Respectfully submitted,

---

[1] Defendant's guidelines range is 0 to 6 months and falls within Zone A of the Guidelines. PSR ¶ 71. Therefore, to the extent defendant seeks a probationary sentence, no downward variance is necessary. *Id.* ¶ 77.

1

SEAN R. BERRY
Acting United States Attorney

By, /s/ *Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 Seventh Avenue, SE, Box 1
Cedar Rapids, IA 52401
319-363-6333
319-363-1990 (Fax)
tim.vavricek@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I electronically filed the foregoing and its attachments with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/TV

Copy to:
Mr. Michael Lahammer
USPO